IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEI TANG | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-16489 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | |
| THE INDIVIDUALS, PARTNERSHIPS, | ) | Magistrate Jeannice W. Appenteng |
| AND UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO SEAL**

Plaintiff, Lei Tang, files this Motion pursuant to Local Rules 5.7 and 26.2 requesting leave to file under seal the Schedule A, Amended Schedule A, the Declaration of Lei Tang with its exhibits, and Motion for Temporary Restraining Order and its exhibit provisionally filed under seal at Docs. 4, 5, 6 and 9. In this action, Plaintiff is seeking expedited discovery in order to facilitate its investigation into the identity and location of the Defendants and an *ex parte* temporary restraining order, including a temporary injunction and temporary asset restraint, based on an action for copyright infringement. Sealing this portion of the file is necessary to prevent Defendants from learning of these proceedings prior to the completion of Plaintiff's investigation and execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief.

Once Plaintiff has completed its investigation, the anticipated temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will file an

1

Amended Complaint as necessary which identifies Defendants and their online marketplace accounts and/or will move to unseal these documents and will serve Defendants via electronic service of process.

Respectfully submitted,

Dated December 14, 2023             By:        */s/ Lydia Pittaway*

                                               Fla. Bar No: 0044790
                                               Ford Banister LLC
                                               305 Broadway - Floor 7
                                               New York NY 10007
                                               Telephone: +1 212-500-3268
                                               Fax: +1 212-500-3269
                                               lpittaway@fordbanister.com
                                               *Attorney for Plaintiff*