## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Lei Tang

Plaintiff,

v.

Case No.: 1:23−cv−16489

Honorable Charles P. Kocoras

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 18, 2023:

MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff's motion for discovery from third−parties [7], motion for electronic service of process [8] and motion to seal document numbers 4, 5, 6 and 9 [10] are granted. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.